| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>PRESERVER, LP,<br><br>                      Plaintiff,<br><br>      -against-<br><br>CREATIVE WEALTH MEDIA FINANCE CORP and<br>JASON CLOTH<br><br>                      Defendant. | No.: 21-cv-2456(JPO)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the Declaration of Jason Cloth and the exhibits thereto, and the accompanying memorandum of law, Defendants Creative Wealth Media Finance Corp and Jason Cloth will move before the Honorable J. Paul Oetken, United States District Court Judge, in the Southern District of New York, 40 Foley Square, New York, New York 10007, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Amended Complaint in this action, together with such other relief as this Court seems just and proper.

Dated: New York, New York
       May 21, 2021

**HERRICK, FEINSTEIN LLP**

By: */s/ Shivani Poddar*
Shivani Poddar
Joshua S. Stricoff
Two Park Avenue
New York, New York 10016
(212) 592-1400

*Attorneys for Defendants Creative Wealth*
*Media Finance Corp. and Jason Cloth*