UNITED STATESW DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRESERVER, LP,

        Plaintiff,

-against-

CREATIVE WEALTH MEDIA FINANCE CORP and JASON CLOTH

        Defendant.

No.: 21-cv-2456(JPO)

**DECLARATION OF JASON CLOTH**

Under 28 U.S.C. § 1746, Jason Cloth, declare under penalty of perjury:

1. I am Defendant in this action and principal of co-Defendant Creative Wealth Media Finance Corp ("Creative"), and I submit this declaration in support of Defendants' motion to dismiss the Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

2. A true and correct copy of the Term Sheet Financing for Motion Picture Project Entitled "Fair and Balanced" between Creative and Lucite Desk LLC is annexed hereto as Exhibit 1.

3. A true and correct copy of the Collection Account Management Agreement is annexed hereto as Exhibit 2.

4. A true and correct copy of Collection Statement No. 1 dated August 4, 2020 is annexed hereto as Exhibit 3.

5. A true and correct copy of the FCAM Dashboard is annexed hereto as Exhibit 4.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 19, 2021 in Toronto, Ontario.

_____
Jason Cloth