









## DASHBOARD

Statements    -    Bombshell aka Fair and Balanced

Jenifer George

**Previous CAMA**
Blackbird aka UNA

**Next CAMA**
Capone fka Fonzo

**FULLY SIGNED**
15-Jul-2020

### BOMBSHELL (2019) - IMDB

Genre: Biography, Drama

Directed by Jay Roach. With Charlize Theron, Nicole Kidman, Margot Robbie, John Lithgow. A group of women take on Fox News head Roger Ailes and the toxic atmosphere he presided over at the network.



Andrew Papp
Account Manager

Contact Me

### COMPANIES INVOLVED

Freeway CAM B.V.

Stichting Freeway Custody

CCFS

Creative Wealth Media Finance Corp

**NEXT STATEMENT DUE**
On Hold

**CURRENT REPORTING FREQUENCY**
N/A

**LATEST STATEMENT**
04-Aug-2020

Download

**TOTAL UNREPORTED CGR**

0 USD

| CGR | Receipts | DAs | Unsold | Bank | CAMA | Invoices |
|---|---|---|---|---|---|---|
| 1st stmt. xx.xx | Monthly (24 m) | Aug-22 | Quarterly (24 m) | Aug-24 | Semi-yearly | |



Download All

No Collection Statement issued

Tutorial video

© 2021 Freeway Entertainment Group B.V. All Rights Reserved