

|  |  |
|---|---|
|  | **Shivani Poddar**<br>Partner<br>Phone: 212-592-1446<br>Fax: 212-545-2382<br>spoddar@herrick.com |

November 29, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/01/2021

Hon. Barbara Moses
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007

      Re:   *Preserver, LP v. Creative Wealth Media Finance Corp., et al.*
             Case No. 21-CV-2456 (JPO) (BCM)

**MEMO ENDORSED**

Dear Judge Moses:

      We represent Defendants in the above-captioned action. We write jointly on behalf of all parties to respectfully request an adjournment of the settlement conference currently scheduled for December 7, 2021. The parties understand that the Court has the following dates available for a settlement conference, on which the parties are available: February 1, 2022; February 2, 2022; and February 3, 2022.

      Additional time would be helpful because it will allow the parties more time to review documents and information and have a meaningful dialogue regarding settlement, particularly prior to the settlement conference with the Court.

      There have been no previous requests for an adjournment of this conference. We thank the Court for its attention to this matter.

> Application GRANTED. The settlement conference is hereby ADJOURNED to **February 2, 2022, at 2:15 p.m.** SO ORDERED.
>
> _____
> Barbara Moses
> United States Magistrate Judge
> December 1, 2021

Respectfully submitted,

*/s/ Shivani Poddar*

Shivani Poddar

cc: All counsel appearing via ECF

**HERRICK, FEINSTEIN LLP** • Two Park Avenue • New York, NY 10016 • Phone: 212.592.1400 • Fax: 212.592.1500