UNITED STATESW DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRESERVER, LP, | No.: 21-cv-2456(JPO) |
| Plaintiff, | |
| -against- | |
| CREATIVE WEALTH MEDIA FINANCE CORP and JASON CLOTH, | |
| Defendants. | |

## **STIPULATION FOR DISMISSAL**

Plaintiff Preserver, LP and Defendants Creative Wealth Media Finance Corp. and Jason Cloth, by and through their undersigned counsel, hereby stipulate that this action shall be DISMISSED, with prejudice, as between all parties, and each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: 6/6/22

_____          _____
Andrew B. Brettler                                        William R. Fried
David Jonelis (*pro hac vice*)                       Shivani Poddar
Lavely & Singer Professional Corporation     Herrick, Feinstein LLP
2049 Century Park East, Suite 2400            2 Park Avenue
Los Angeles, California 90067                     New York, New York 10016

*Attorneys for Plaintiff*                              *Attorneys for Defendants*